

BRUCE D. SUNSTEIN, Sunstein Kann Murphy & Timbers LLP, Boston, MA, argued for appellant.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, MEREDITH HOPE SCHOENFELD, SCOTT C. WEIDENFELLER.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Bryson and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**

ROBERT E. PURCELL, The Law Office of Robert E. Purcell, PLLC, Syracuse, NY, argued for appellant.

DICKERSON MARTIN DOWNING, Law Offices of Dickerson M. Downing, Stamford, CT, argued for appellee Ocinomled, Ltd.

DEBORAH KATHARINE SQUIERS, Cowan, Liebowitz & Latman, P.C., New York, NY, argued for appellee Emeril's Food of Love Productions, LLC. Also represented by LYNN S. FRUCHTER, RICHARD MANDEL.

## JUDGMENT

Per Curiam (Taranto, Clevenger, and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**

## SOUTHWESTERN MANAGEMENT, INC., Appellant

v.

## OCINOMLED, LTD., Emeril's Food of Love Productions, LLC, Appellees

2015–1939

United States Court of Appeals, Federal Circuit.

June 15, 2016

## Francis A. MITHEN, Petitioner

v.

## DEPARTMENT OF VETERANS AFFAIRS, Respondent

2015–3191

United States Court of Appeals, Federal Circuit.

June 15, 2016